UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. HEGGIE, | No. 2:20-cv-2484 DB P |
| Plaintiff, | |
| v. | ORDER |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff is a county inmate proceeding pro se with an action under 42 U.S.C. §1983. In an order filed January 27, 2021, this court dismissed plaintiff's complaint with leave to amend. Plaintiff's first amended complaint was due 60 days from the date of that order. (ECF No. 12.)

The only document plaintiff has filed since the court issued its January 27 order is a document filed on February 12. (ECF No. 15.) That document may be a response to this court's order. The document appears to be a request for multiple investigations of alleged sex trafficking and other criminal behavior. Plaintiff is advised that the court does not conduct investigations. Nor is this court aware of any authority permitting it to provide plaintiff an investigator. See Murphy v. Rodriguez, No. 1:19-cv-0206 DAD EPG PC, 2020 WL 3868470, at *1 (E.D. Cal. July 9, 2020); Georgacarakos v. Wiley, No. 07-cv-1712-MSK-MEH, 2009 WL 440934, at *7 (D. Colo. Feb. 23, 2009) (in forma pauperis statute does not provide for the appointment of investigators). To the extent plaintiff is requesting an investigation, that request is denied.

1    The only aspect of plaintiff's filing that may involve a potential § 1983 claim is plaintiff's statement that he is being denied the right to request medical care.  In the January 27 order this court provided plaintiff with the standard to state a claim that a defendant is or has been deliberately indifferent to his serious medical needs in violation of the Eighth Amendment.  If plaintiff wishes to state a claim that his inability to request medical care violates the Eighth Amendment, he should carefully review the January 27 order.

Plaintiff will be provided an additional 30 days to file a first amended complaint.  Again, plaintiff should carefully review the January 27 order, a copy of which is attached.  In addition, plaintiff must use the complaint form provided with this order.

Accordingly, IT IS HEREBY ORDERED as follows:

1. If plaintiff wishes to file a first amended complaint, he must do so within 30 days of the filed date of this order.  Plaintiff must use the complaint form provided with this order.  If plaintiff fails to file a timely first amended complaint, this court will recommend this case be dismissed.

2. Along with the copy of this order, the Clerk of the Court shall provide plaintiff with a copy of this court's January 27 order (ECF No. 12) and a copy of the prisoner complaint form used in this district.

Dated:  April 19, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/hegg2484.LTA eot

2