UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. HEGGIE,<br><br>Plaintiff,<br><br>v.<br><br>SHASTA COUNTY JAIL, et al.,<br><br>Defendants. | No. 2:20-cv-02484-TLN-DB<br><br><br><br>**ORDER** |

Plaintiff Randall E. Heggie ("Plaintiff"), a state prisoner proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 9, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 18.) On June 28, 2021, Plaintiff file a document titled "Declaration." (ECF No. 18.) The Court has reviewed this document and is unable to determine its purpose — it is neither objections to the findings and recommendations nor an amended complaint. (*See id.*) Plaintiff has not filed any other documents that may be construed as objections to the findings and recommendations.

The Court has reviewed the file under the applicable legal standards and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

    1. The Findings and Recommendations filed June 9, 2021 (ECF No. 17), are ADOPTED IN FULL;

    2. This case is DISMISSED for Plaintiff's failure to comply with the Court's Orders. *See* E.D. Cal. L.R. 110; Fed. R. Civ. P. 41.

    The Clerk of the Court is Directed to close this case.

    IT IS SO ORDERED.

DATED: August 4, 2021

_____
Troy L. Nunley
United States District Judge

2